LYMAN B. JORDAN, Appellant, v. THE VILLAGE OF PORT CHESTER, Respondent.— Judgment reversed and new trial granted, with costs to abide the event, upon the ground that the preliminary notice was sufficient under the authority of *Sheehy* v. *City of New York* (160 N. Y. 139) and

*Sweeney* v. *City of New York* (225 id. 271). Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.